*E-Filed 1/19/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD MAZZAFERRO,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br>INTERNAL REVENUE SERVICE, et al.,<br><br>        Respondents.<br>_____/ | No. C 11-80284 MISC RS<br><br>**ORDER DISMISSING PETITION FOR LACK OF JURISDICTION** |

On October 19, 2011, an IRS agent issued and served a summons for financial documents regarding Petitioner Ronald Mazzaferro to Exchange Bank. The agent also mailed notice of this summons to petitioner the same day. Twenty-one days later, Mazzaferro filed a petition to quash the summons. Pursuant to 26 U.S.C. § 7609 a taxpayer has twenty days from the date of notice to initiate a proceeding to quash an IRS summons. *See* 26 U.S.C. § 7609(b)(2)(A) ("[A]ny person who is entitled to notice of a summons under subsection (a) shall have the right to begin a proceeding to quash such summons not later than the 20th day after the day such notice is given in the manner provided in subsection (a)(2)"). Compliance with the twenty day period is a jurisdictional

No. C
ORDER

requirement and must be strictly construed.  *See, e.g.*, *Ponsford v. United States*, 771 F.2d 1305 (9th Cir. 1985) ("[A] district court does not have jurisdiction under § 7609(h)(1) where the plaintiff has failed to comply with the twenty-day filing requirement.").  Mazzaferro failed to meet the twenty day statutory period to file his motion to quash.  The petition must be dismissed for lack of jurisdiction.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  1/19/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER

2